No. 82–5509.  COUNTRY *v.* PARRATT, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 82–5511.  HARGETT *v.* ANTHONY PLAZA, LTD., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 82–5512.  CHIN *v.* NADEL ET AL.  C. A. 2d Cir. Certiorari denied.

No. 82–5514.  FORET *v.* MAGGIO, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 82–5518.  SLOCUM *v.* GEORGIA STATE BOARD OF PARDONS AND PAROLES ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 82–5523.  ANDERSON *v.* BONIN.  C. A. 5th Cir.  Certiorari denied.

No. 82–5525.  TAYLOR *v.* HOUSEWRIGHT, DIRECTOR, NEVADA STATE PRISONS, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 82–5530.  HUNTER *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 82–5544.  CHAMORRO, AKA HERNANDEZ *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 82–5565.  BRADY *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 82–5569.  FOLEY *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 82–5600.  BLACK *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 82–5611.  ROBERTS *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.